IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00170-AP

KAREN S. DEGENHART,

       Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

       Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
KAREN S. DEGENHART
480 Overlooked Way
Idaho Springs, CO 80452
(303) 567-2415
kdegenhart@cavitywall.net

<u>For Defendant</u>:
TROY A. EID
United States Attorney

KEVIN TRASKOS
Assistant United States Attorney
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
kevin.traskos@usdoj.gov

THOMAS H. KRAUS
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-0017
tom.kraus@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

- A. **Date Complaint Was Filed:** 01/28/08

- B. **Date Complaint Was Served on U.S. Attorney's Office:** 02/25/08

- C. **Date Answer and Administrative Record Were Filed:** 04/24/08

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

- A. **Plaintiff's Statement:** The administrative record appears complete, but clarifying supportive NEW evidence submitted by doctors was ignored by the Appeals Council. Please also consider a letter dated Jan. 22, 2008 by Dr. Willett, which supports information provided by Dr. Kirk initially for the ALJ hearing..

- B. **Defendant's Statement:** There are no further issues with the accuracy or completeness of the administrative record.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

- A. **Plaintiff's Statement:** A new doctor, Dr. Willett, with JCMH, verified Dr. Kirk's views of Plaintiff's basic GAF level (40, 45, or under 50), but this reiteration of same date was ignored by Appeals Council, deferring to Dr. Pelc's testimony, which was only a sketchy summary of PAST doctor or counselor notes, and therefore not complete, current, or an adequate evaluation of Plaintiff's true problems holding work.

- B. **Defendant's Statement:** None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

- A. **Plaintiff's Statement:** It is very unusual that the ALJ made unfounded assumptions about why a job failed to be renewed for another school year, and suggesting Plaintiff was losing jobs due to having a criminal background–which was NOT accurate. The ALJ misread a background fingerprint test and thus prejudiced his entire decision, as he used this excuse to deny viability of Plaintiff's evidence, character, and testimony. (See pg. 58 of record or pg. 4, middle of page, of ALJ's decision, and pg. 203 of record for actual reason job not extended to Plaintiff.)

B. **Defendant's Statement:** This case does not involve unusually complicated or out-of-the-ordinary claims.

## 7. OTHER MATTERS

A. **Plaintiff's Statement:** For any new hearings, Plaintiff desires a different ALJ because former one is so incompetent and unable to read plain English on a fingerprint test, and is prejudiced against Plaintiff's credibility. (See pg. 62 of record.)

B. **Defendant's Statement:** None.

## 8. BRIEFING SCHEDULE

A. **Plaintiff's Opening Brief Due:** June 16, 2008

B. **Defendant's Response Brief Due:** August 8, 2008

C. **Plaintiff's Reply Brief (If Any) Due:** August 29, 2008

## 9. STATEMENTS REGARDING ORAL ARGUMENT

A. **Plaintiff's Statement:** Plaintiff requests Oral Argument.

B. **Defendant's Statement:** Oral Argument not requested.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A. **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B. **( X ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a*

*showing of good cause.*

DATED this 14th day of May, 2008.

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Karen S. Degenhart
KAREN S. DEGENHART
480 Overlooked Way
Idaho Springs, CO 80452
(303) 567-2415
kdegenhart@cavitywall.net

UNITED STATES ATTORNEY

TROY A. EID
United States Attorney

KEVIN TRASKOS
Assistant United States Attorney
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
kevin.traskos@usdoj.gov

s/ Thomas H. Kraus
By: THOMAS H. KRAUS
Special Assistant U.S. Attorney
1961 Stout St., Suite 1001A
Denver, Colorado 80294
Telephone: (303) 844-0017
tom.kraus@ssa.gov

Attorneys for Defendant